IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DVISION

| | |
|---|---|
| SAMUEL MEIS and BOBETTE MEIS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FIRST FINANCIAL BANK N.A., ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No.: 2:23-cv-2251 <br><br> JURY DEMAND |

## PROPOSED DISCOVERY PLAN

Plaintiffs Samuel Meis and Bobette Meis and Defendant First Financial Bank, N.A., by their attorneys hereby submit the Parties' Proposed Discovery Plan.

1. Pursuant to Rule 26(f), a telephonic meeting was held on December 27, 2023 and was attended by Stephanie Tatar and Jeffrey Sand on behalf of Plaintiffs, and Steven Mann on behalf of Defendant.

2. The Parties jointly propose the following discovery plan:

   a. Rule 26(a)(1) Initial Disclosures to be exchanged by February 5, 2024.

   b. The deadline to amend pleadings is April 23, 2024.

   c. The deadline to join additional parties is April 23, 2024.

   d. Plaintiffs shall disclose experts and provide expert reports by July 24, 2024.

   e. Defendant shall disclose experts and provide expert reports by August 23, 2024.

   f. All discovery, including depositions of experts, is to be completed by October 24, 2024.

    g.  A maximum of 10 depositions by Plaintiffs and 10 by Defendant.

    h.  Each deposition shall be limited to a maximum of 7 hours unless extended by agreement of the parties.

    i.  The deadline for filing dispositive motions shall be December 13, 2024.

  3.  The Parties expect to conduct some ESI discovery, pursuant to the Sedona Principles Addressing Electronic Document Production (2d Ed. 2007).

  4.  The Parties are to file a Pretrial Order within 60 days after the summary judgment ruling.

  5.  This case should be ready for trial 60 days after the Final Pretrial Order is filed. The trial is expected to last 3 to 5 days.

  6.  The Parties remain open considering a settlement conference or mediation after some discovery has taken place.

  7.  The Parties do not consent to unanimously proceed before a Magistrate Judge.

  8.  The Parties agree to service by email of all discovery materials pursuant to Fed. R. Civ. P. 5(b)(f).

DATED: December 29, 2023

             By: /s/ Jeffrey B. Sand
               Jeffrey B. Sand
               WEINER & SAND LLC
               800 Battery Avenue SW
               Suite 100
               Atlanta, Georgia 30339
               (404) 254-0842 (Tel.)
               (404) 205-5029 (Tel.)
               (866) 800-1482 (Fax)
               js@wsjustice.com
               aw@wsjustice.com

Stephanie R. Tatar
3333 Warrenville Road, Suite 200
Lisle, IL 60532
T: (312) 423-4994
E: Stephanie@TheTatarLawFirm.com

COUNSEL FOR PLAINTIFF


By: /s/ Steven T. Mann
Steven T. Mann
Caughey, Legner, Freehill, Ehrgott & Mann, LLP
213 South Green Street
Chenoa, IL 61726
T: (815) 945-2611
F: (815) 945-5211
smann@clfem.net

COUNSEL FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DVISION

| | | |
|---|---|---|
| SAMUEL MEIS and BOBETTE MEIS, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 2:23-cv-2251 |
| | ) | |
| v. | ) | |
| | ) | JURY DEMAND |
| FIRST FINANCIAL BANK N.A., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that on December 29, 2023, I filed the foregoing document via the CM/ECF system, which will send automatic notification of such filing via electronic mail to all counsel of record.

/s/ Jeffrey B. Sand
Counsel for Plaintiffs