# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DVISION

| | | |
|---|---|---|
| SAMUEL MEIS and BOBETTE MEIS, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 2:23-cv-2251 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST FINANCIAL BANK N.A., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Samuel and Bobette Meis and Defendant First Financial Bank, N.A., acting through the undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that Plaintiffs' claims against First Financial Bank, N.A. are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: June 5, 2024

By: /s/ Jeffrey B. Sand
    Jeffrey B. Sand
    WEINER & SAND LLC
    800 Battery Avenue SW
    Suite 100
    Atlanta, Georgia 30339
    (404) 254-0842 (Tel.)
    (404) 205-5029 (Tel.)
    (866) 800-1482 (Fax)
    js@wsjustice.com

    Stephanie R. Tatar

3333 Warrenville Road, Suite 200
Lisle, IL 60532
T: (312) 423-4994
E: Stephanie@TheTatarLawFirm.com

COUNSEL FOR PLAINTIFF


By: /s/ Steven T. Mann__
Steven T. Mann
Caughey, Legner, Freehill, Ehrgott &
Mann, LLP
213 South Green Street
Chenoa, IL 61726
T: (815) 945-2611
F: (815) 945-5211
smann@clfem.net

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2024, the foregoing document is being served this day on all counsel of record via the CM/ECF system, which will send notification of such filing via electronic mail.

/s/ Jeffrey Sand
Counsel for Plaintiff

\